IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR 18-0028 LRR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DINO HARRINGTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Notice of Intent to Enter Guilty Plea

COMES NOW the above defendant, and respectfully files this written notice with the District Court and the government, in that the defendant intends to enter a guilty plea in the above case.

This notice is given pursuant to United States Sentencing Guideline Section 3E1.1(b).

/s/ Raphael M. Scheetz
Raphael M. Scheetz
425 2nd Street S.E.
Suite 1010
Cedar Rapids, Iowa 52401
319-378-7416
scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT